[No. 15209-6-II.  Division Two.  October 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
MICHAEL MCFARLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-03523-1, Karen G. Seinfeld, J., entered July 10, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 13927-8-II.  Division Two.  October 7, 1992.]

SUSAN DICKERSON, *Appellant*, v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-00284-2, Richard A. Strophy, J., entered May 1, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 11453-8-III.  Division Three.  October 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
L. MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-1-00417-5, Fred R. Staples, J., entered February 13, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[Nos. 29598-5-I; 29599-3-I.  Division One.  October 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
L. GLOVER, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 91-1-00943-7, R. Joseph Wesley, J., entered November 5, 1991. *Dismissed* by unpublished per curiam opinion.